JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WASHINGTON, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>v.<br><br>INDYMAC BANCORP, INC., INDYMAC BANK, F.S.B., MICHAEL W. PERRY; LOUIS E. CALDERA; LYLE E. GRAMLEY; HUGH M. GRANT; PATRICK C. HADEN; TERRANCE G. HODEL; ROBERT L. HUNT II; LYDIA H. KENNARD; BRUCE G. WILLISON; SCOTT KEYS; INDYMAC BANK, F.S.B. EMPLOYEE BENEFITS FIDUCIARY COMMITTEE,<br><br>  Defendants. | Case No.<br><br>SACV 08-00894 DDP (VBKx)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

_____
DEAN D. PREGERSON
United States District Judge